WATERBURY PRINTING COMPANY *v.* LUCILLE
TAMBURINI, EXECUTRIX (ESTATE OF
ORESTO TAMBURINI), ET AL.
(3817)

DUPONT, C. J., BORDEN and DALY, Js.

Argued February 4—decision released March 4, 1986

*Richard Bruno,* for the appellant (defendant).

*William M. Hoey,* with whom, on the brief, was *Francis J. Grady,* for the appellee (plaintiff).

PER CURIAM. There is no error.